UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERTO RAMOS, JR., )<br>)<br>Defendant. ) | No: CR-09-05875-RJB-1<br><br>**ORDER GRANTING<br>SUBSTITUTION OF COUNSEL** |

BEFORE the court for resolution is the Defendant ROBERTO RAMOS, JR., Motion to Substitute Retained Counsel, George Paul Trejo, Jr. of THE TREJO LAW FIRM, in lieu of his present court appointed attorney of record. The Court having considered the submissions of the Defendant, and the court file in the instant, hereby ORDERS.

The defendant's Motion is GRANTED. GEORGE PAUL TREJO, JR. is substituted as the attorney of record for the Defendant, ROBERTO RAMOS, JR.

It is so ordered this  24th  day of March, 2010.

_Robert J Bryan_
ROBERT J. BRYAN
United States District Judge

PRESENTED BY:
THE TREJO LAW FIRM

s/George P. Trejo, Jr.
GEORGE P. TREJO, JR.
Attorney for Defendant

(PROPOSED)
ORDER GRANTING
SUBSTITUTION OF COUNSEL

- 1-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 100
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM